**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE CECILIO FUNEZ-GALVEZ,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:CV-17-1931 |
| v. | : | (Judge Caputo) |
| **CLAIRE DOLL,** *et al.,* | : | |
| Respondents | : | |

**O R D E R**

**AND NOW**, this **19th** day of **JANUARY**, **2018**, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's accompanying Memorandum of the same date, it is hereby **ORDERED** that:

1. Mr. Funez-Galvez's petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                 /s/ A. Richard Caputo
                                                 **A. RICHARD CAPUTO**
                                                 **United States District Judge**